UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY SANTOS,

                Plaintiff,

-v-

ROBERT RODRIGUEZ,

                Defendant.

ORDER TO SHOW CAUSE

08 CV 06990 (GBD)

GEORGE B. DANIELS, District Judge:

It is ORDERED that Plaintiff Kelly Santos show cause before this Court by May 4, 2011, why this case should not be dismissed for failure to prosecute. The only remaining defendant, Robert Rodriguez, has never been served with the summons and complaint. If this Court is not contacted by Plaintiff, this case will be dismissed.

Dated: New York, New York
      April 4, 2011

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

1